UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ZACHARY ZEDALIS

　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　CASE NO.: 1:17-cv-113-MW/GRJ

SADIE DARNELL,
in her official capacity as SHERIFF,
ALACHUA COUNTY, FLORIDA,
and Individually,

　　　Defendants.
_____/

## DEFENDANTS' SECOND SUPPLEMENTAL RULE 26 DISCLOSURES

COME NOW, Defendant, SADIE DARNELL, in her official capacity as SHERIFF, ALACHUA COUNTY, FLORIDA, and Individually ("Defendants" or "Sheriff"), in compliance with Rule 26, Federal Rules of Civil Procedure, state the following.

A.　　**Individuals Likely to Have Discoverable Information:**

　　　1)　　Lt. Joe P. Hood
　　　　　　Alachua County Sheriff's Office
　　　　　　c/o Defendants

Hood supervised Plaintiff in the Criminal Investigations Division.  He is knowledgeable about Plaintiff's performance issues as a detective which resulted in counseling administered on several occasions, and a complaint by Hood for a confrontation that was initiated by Zedalis.

Respectfully submitted on August 8, 2018.

　　　　　　　　　　　　　　　　　　　　　/s/ R.W. Evans
　　　　　　　　　　　　　　　　　　　　　R.W. Evans
　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 0198862
　　　　　　　　　　　　　　　　　　　　　Revans@anblaw.com

J. Wes Gay
Florida Bar No. 0104743
wgay@anblaw.com
ALLEN, NORTON & BLUE, P.A.
906 North Monroe Street, Suite 100
Tallahassee, Florida 32303
(850) 561-3503
(850) 561-0332 (Facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 8, 2018, the foregoing was filed with the Clerk of the Court via the CM/ECF Filing System, which will send a notice of electronic filing to: Marie A. Mattox, MARIE A. MATTOX, P.A., 310 East Bradford Road, Tallahassee, FL 32303.

/s/ R.W. Evans
Attorney

2