# United States District Court
CIVIL MINUTES - GENERAL

Time: 11:35 – 11:44 a.m.                                                Case # 1:17cv113-MW-GRJ

Date  May 5, 2020

ZACHARY ZEDALIS v. SADIE DARNELL

DOCKET ENTRY:  TELEPHONIC STATUS CONFERENCE held.  Parties discuss trial schedule.  Ruling by Court:  Trial removed from the docket, all pretrial deadlines cancelled.  Parties to confer and file a notice by 7/1/2020 regarding trial status.  Order to follow.

PRESENT:    HONORABLE **MARK E. WALKER**, CHIEF U.S. DISTRICT JUDGE

         Victoria Milton McGee                           Lisa Snyder
             Deputy Clerk                                Court Reporter

ATTORNEY(S) APPEARING FOR PLAINTIFF(S):

Marie Mattox

ATTORNEY(S) APPEARING FOR DEFENDANT(S):

Jack Gay, Wayne Evans

                                                    Initials of the Clerk:  VMM