# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**ZACHARY ZEDALIS,**

    *Plaintiff*,

**V.**                                        **CASE NO.: 1:17cv113-MW/GRJ**

**SADIE DARNELL, in her official capacity
as Sheriff, Alachua County, Florida,
and individually,**

    *Defendant*.

_____/

## ORDER REMOVING CASE FROM TRIAL DOCKET AND DIRECTING THE FILING OF A STATUS REPORT

For the reasons stated on the record during the Telephonic Status Conference on May 5, 2020, this Court withdraws its Order for Pretrial Conference, ECF No. 79, and cancels the pretrial conference of June 1, 2020, and the jury trial of July 7, 2020. This Court stays all pretrial deadlines. The parties shall file a notice **on or before July 1, 2020**, that either (1) proposes a new trial date or (2) sets a date on which the parties will file another status report.

    **SO ORDERED on May 5, 2020.**

                                                       **s/Mark E. Walker          
Chief United States District Judge**